**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN GREENE,**

                             **Plaintiff,**

**-vs-**                                                                      **Case No. 6:06-cv-378-Orl-31KRS**

**KEVIN ROESNER, et al.,**

                             **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO STRIKE (Doc. No. 8)**
>
> **FILED:**        **March 30, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** as unopposed.

On March 30, 2006, Defendant City of Winter Park (Winter Park) filed a motion to strike Plaintiff John Greene's claim for punitive damages as set forth in Paragraph 15 of his Amended Complaint (doc. no. 4). Greene, who is represented by counsel in this matter, has not responded to Winter Park's motion to strike, and the time for doing so has passed. Hence, I will treat the motion as unopposed.

Accordingly, Greene's claim for punitive damages against Winter Park as set forth in Paragraph 15 of the Amended Complaint is hereby **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2006.

                                                                         *Karla R. Spaulding*
                                                                         KARLA R. SPAULDING
                                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties