**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN GREENE,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-378-Orl-31JGG**

**KEVIN ROESNER, WINTER PARK**
**POLICE DEPARTMENT and CITY OF**
**WINTER PARK,**

        **Defendants.**
_____

## ORDER

Defendants have moved to Dismiss (Doc. 7) Plaintiff's Amended Complaint (Doc. 4) on statute of limitations grounds. The Motion is unopposed and appears meritorious. Accordingly, it is

**ORDERED** that Defendants' Motion is GRANTED. This case is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 24, 2006.

                                                        GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party