# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN GREENE,**

              **Plaintiff,**

**-vs-**                                                  **Case No. 6:06-cv-378-Orl-31JGG**

**KEVIN ROESNER, WINTER PARK**
**POLICE DEPARTMENT and CITY OF**
**WINTER PARK,**

              **Defendants.**

_____

## ORDER

Upon consideration of Defendant, Winter Park Police Department's Motion to Dismiss and quash Service of Process (Doc. 22), it is

**ORDERED** that the Motion is GRANTED, as unopposed. The Winter Park Police Department is hereby DISMISSED as a party defendant to this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 19, 2006.

                                                        GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party